**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>      Plaintiff,<br><br>      vs.<br><br>**RONALD BOYEDE OLAJIDE,**<br><br>      Defendant. | Case No.: 12-cr-421 YGR<br><br>**ORDER TO SHOW CAUSE RE: REMAND FOR LACK OF REMOVAL JURISDICTION UNDER 28 U.S.C. § 1443** |

TO DEFENDANT RONALD BOYEDE OLAJIDE:

YOU ARE HEREBY ORDERED TO SHOW CAUSE **in writing no later than October 26, 2012**, why the claims herein should not be remanded for lack of removal jurisdiction under 28 U.S.C. § 1443. Based upon a review of the allegations in the Notices of Removal filed herein (Dkt Nos. 1, 4, and 5), it appears to the Court that Defendant Ronald Boyede Olajide is not "assert[ing], as a defense to the prosecution, rights that are given to [him] by explicit statutory enactment protecting equal racial civil rights." *Patel v. Del Taco, Inc.*, 446 F.3d 996, 998-99 (citing *Georgia v. Rachel,* 384 U.S. 780, 788-92 (1966); *see also City of Greenwood, Miss. v. Peacock,* 384 U.S. 808, 824-28 (1966).)

Defendant Ronald Boyede Olajide ("Defendant") shall file his written response to this Order to Show Cause by the deadline stated above. The Court will notify Defendant should it determine that oral argument will be required.

**IT IS SO ORDERED.**

Date: October 12, 2012                               _____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**